# EXHIBIT C

| USRE44199E1 | Miltope cTWLU ("The accused product") |
|---|---|
| 13. A method for recovering wireless data conveyed in data symbols by a plurality of different subchannel signals transmitted over a wireless channel, comprising the steps of: | The accused product practices a method for recovering wireless data (e.g., receiving data from NodeB) conveyed in data symbols (e.g., data bits are modulated in data symbols before transmission from NodeB) by a plurality of different sub-channel signals (e.g., data is transmitted through multiple physical sub-channels to the accused product) transmitted over a wireless channel (e.g., cellular wireless channel).  https://mymiltope.com/wp-content/uploads/2020/07/cTWLU-Cut-Sheet.pdf The accused product has HSPA capabilities. |

## SPECIFICATIONS ——————————

**WIRELESS CELLULAR:**
GSM EDGE: 850/900/1800/1900 MHz
GPRS: Max data transfer rate: 85 kbps up/down
DC-HSPA+/HSPA+/: 850/900/1900/ AWS/2100 MHz with
Rx Diversity
HSPA/ UMTS: Max data transfer rate: 5.7 Mbps up / 42
Mbps down
WCDMA PS: Max transfer rate: 384 kbps up/downl
LTE: Carrier specific. 700/1700/1900/2100 MHz/ for
North America.
800/900/1800/2100/2600 MHz for EMEA
Max data transfer rate: 50 Mbps up / 100 Mbps down)
SIM: supports two removable subscriber identity
modules (accessible via door)

https://mymiltope.com/wp-content/uploads/2020/07/cTWLU-Cut-Sheet.pdf

*By Jeanette Wannstrom*

High Speed Packet data Access (HSPA) has been an upgrade to WCDMA networks (both FDD, and TDD) used to increase packet data performance. The introduction was done in steps; High Speed Down Link (DL) Packet data Access (HSDPA), was introduced in 3GPP Release 5, and Enhanced Up Link (UL), also referred to as High Speed UL Packet data Access (HSUPA), came in Release 6.

The combination of HSDPA and Enhanced UL is referred to as HSPA. HSPA evolution (also known as HSPA+ and evolved HSPA) came in Release 7 with further improvements in later releases.

**HSDPA**

Since UMTS was introduced in 3GPP Release 99 (R99) the need for improved support for Download data services has increased. Higher bitrates and lower delays were strong driving forces for the introduction of HSDPA in Release 5, at which point it was also decided that node changes should be kept to a minimum, and both R99 as well as HSDPA mobiles should be served in the same network.

https://www.3gpp.org/technologies/keywords-acronyms/99-hspa

## 3G UMTS HSPA constituents

There are two main components to 3G UMTS HSPA, each addressing one of the links between the base station and the user equipment, i.e. one for the uplink, and one for the downlink.



Uplink and downlink directions

The two technologies were released at different times through 3GPP. They also have different properties resulting from the different modes of operation that are required. In view of these facts they were often treated as almost separate entities. Now they are generally rolled out together. The two technologies are summarised below:

https://www.electronics-notes.com/articles/connectivity/3g-hspa/what-is-hspa-high-speed-packet-access-tutorial.php

*HSDPA - High Speed Downlink Packet Access:*   HSDPA provides packet data support, reduced delays, and a peak raw data rate (i.e. over the air) of 14 Mbps. It also provides around three times the capacity of the 3G UMTS technology defined in Release 99 of the 3GPP UMTS standard.

*HSUPA - High Speed Uplink Packet Access:*   HSUPA provides improved uplink packet support, reduced delays and a peak raw data rate of 5.74 Mbps. This results in a capacity increase of around twice that provided by the Release 99 services.

https://www.electronics-notes.com/articles/connectivity/3g-hspa/what-is-hspa-high-speed-packet-access-tutorial.php

As shown below HSPA utilizes QAM/QPSK modulations. 16QAM modulated signals carry 4 bits per symbols (4 bits are mapped on one symbol).

# 3G HSPA benefits

The UMTS cellular system as defined under the 3GPP Release 99 standard was orientated more towards switched circuit operation and was not well suited to packet operation. Additionally greater speeds were required by users than could be provided with the original UMTS networks. Accordingly the changes required for HSPA were incorporated into many UMTS networks to enable them to operate more in the manner required for current applications.

HSPA provides a number of significant benefits that enable the new service to provide a far better performance for the user. While 3G UMTS HSPA offers higher data transfer rates, this is not the only benefit, as the system offers many other improvements as well:

1. *Use of higher order modulation:*   16QAM is used in the downlink instead of QPSK to enable data to be transmitted at a higher rate. This provides for maximum data rates of 14 Mbps in the downlink. QPSK is still used in the uplink where data rates of up to 5.8 Mbps are achieved. The data rates quoted are for raw data rates and do not include reductions in actual payload data resulting from the protocol overheads.

https://www.electronics-notes.com/articles/connectivity/3g-hspa/what-is-hspa-high-speed-packet-access-tutorial.php

## QAM bits per symbol

The advantage of using QAM is that it is a higher order form of modulation and as a result it is able
more bits of information per symbol. By selecting a higher order format of QAM, the data rate of a lir
increased.

The table below gives a summary of the bit rates of different forms of QAM and PSK.



Bit mapping for a 16QAM signal

https://www.electronics-notes.com/articles/radio/modulation/quadrature-amplitude-modulation-
types-8qam-16qam-32qam-64qam-128qam-256qam.php

**QAM FORMATS & BIT RATES COMPARISON**

| MODULATION | BITS PER SYMBOL | SYMBOL RATE |
|:----------:|:---------------:|:-----------:|
| BPSK | 1 | 1 x bit rate |
| QPSK | 2 | 1/2 bit rate |
| 8PSK | 3 | 1/3 bit rate |
| 16QAM | 4 | 1/4 bit rate |
| 32QAM | 5 | 1/5 bit rate |
| 64QAM | 6 | 1/6 bit rate |

https://www.electronics-notes.com/articles/radio/modulation/quadrature-amplitude-modulation-types-8qam-16qam-32qam-64qam-128qam-256qam.php

# 4      General

In the following, a separation between the data modulation and the spreading modulation has been made. The data modulation for 3.84Mcps TDD is defined in clause 5 'Data modulation for the 3.84 Mcps option', the data modulation for 1.28Mcps TDD is defined in clause 5A 'Data modulation for the 1.28 Mcps option' and the spreading modulation in clause 6 'Spreading modulation'.

**Table 1: Basic modulation parameters**

| | same as FDD basic chiprate: 3.84 Mchip/s | Low chiprate: 1.28 Mchip/s |
|---|---|---|
| Chip rate | | |
| Data modulation | QPSK,16QAM (HS-PDSCH only) | QPSK, 8PSK,16QAM (HS-PDSCH only) |
| Spreading characteristics | Orthogonal Q chips/symbol, where $Q = 2^p, 0 \le p \le 4$ | Orthogonal Q chips/symbol, where $Q = 2^p, 0 \le p \le 4$ |

https://www.etsi.org/deliver/etsi_ts/125200_125299/125223/06.01.00_60/ts_125223v060100p.pdf

The data modulation is performed to the bits from the output of the physical channel mapping procedure in [8] and combines always 2 consecutive binary bits to a complex valued data symbol. Each user burst has two data carrying parts, termed data blocks:

$$\underline{\mathbf{d}}^{(k,i)} = \left(\underline{d}_1^{(k,i)}, \underline{d}_2^{(k,i)}, ..., \underline{d}_{N_k}^{(k,i)}\right)^T, \quad i=1,2; k=1,...,K_{Code} \tag{1}$$

$K_{Code}$ is the number of used codes in a time slot, max $K_{Code}$ =16. $N_k$ is the number of symbols per data field for the code k. This number is linked to the spreading factor $Q_k$ as described in table 1 of [7].

Data block $\underline{\mathbf{d}}^{(k,1)}$ is transmitted before the midamble and data block $\underline{\mathbf{d}}^{(k,2)}$ after the midamble. Each of the $N_k$ data symbols $\underline{d}_n^{(k,i)}$; i=1, 2; k=1,...,$K_{Code}$; n=1,...,$N_k$; of equation 1 has the symbol duration $T_s^{(k)}=Q_k \cdot T_c$ as already given.

The data modulation is QPSK, thus the data symbols $\underline{d}_n^{(k,i)}$ are generated from two consecutive data bits from the output of the physical channel mapping procedure in [8]:

$$b_{l,n}^{(k,i)} \in \{0,1\}, \quad l=1,2; k=1,...,K_{Code}; n=1,...,N_k; i=1,2 \tag{2}$$

using the following mapping to complex symbols:

| consecutive binary bit pattern | complex symbol |
|---|---|
| $b_{l,n}^{(k,i)} \quad b_{2,n}^{(k,i)}$ | $\underline{d}_n^{(k,i)}$ |
| 00 | +j |
| 01 | +1 |
| 10 | -1 |
| 11 | -j |

https://www.etsi.org/deliver/etsi_ts/125200_125299/125223/06.01.00_60/ts_125223v060100p.pdf

### 5.2.1.2    16QAM modulation

The data modulation is performed to the bits from the output of the physical channel mapping procedure. In case of 16QAM, modulation 4 consecutive binary bits are represented by one complex valued data symbol. Each user burst has two data carrying parts, termed data blocks:

$$\underline{\mathbf{d}}^{(k,i)} = (\underline{d}_1^{(k,i)}, \underline{d}_2^{(k,i)}, ..., \underline{d}_{N_k}^{(k,i)})^{\mathrm{T}} \quad i = 1, 2; k = 1, ..., K. \tag{2b}$$

$N_k$ is the number of symbols per data field for the user k. This number is linked to the spreading factor $Q_k$.

Data block $\underline{\mathbf{d}}^{(k,1)}$ is transmitted before the midamble and data block $\underline{\mathbf{d}}^{(k,2)}$ after the midamble. Each of the $N_k$ data symbols $\underline{d}_n^{(k,i)}$; i=1, 2; k=1,...,K; n=1,...,$N_k$; of equation 2b has the symbol duration $T_s^{(k)} = Q_k.T_c$ as already given.

The data modulation is 16QAM, thus the data symbols $\underline{d}_n^{(k,i)}$ are generated from 4 consecutive data bits from the output of the physical channel mapping procedure in [8]:

$$b_{l,n}^{(k,i)} \in \{0,1\}, \quad l = 1,2,3,4; \ k = 1,...,K_{code}; \ n = 1,...N_k; \ i = 1,2 \tag{2c}$$

https://www.etsi.org/deliver/etsi_ts/125200_125299/125223/06.01.00_60/ts_125223v060100p.pdf

| Consecutive binary bit pattern $b_{1n}^{(k,i)} \; b_{2n}^{(k,i)} \; b_{3n}^{(k,i)} \; b_{4n}^{(k,i)}$ | complex symbol $d_n^{(k,i)}$ |
|---|---|
| 0000 | $j\dfrac{1}{\sqrt{5}}$ |
| 0001 | $-\dfrac{1}{\sqrt{5}} + j\dfrac{2}{\sqrt{5}}$ |
| 0010 | $\dfrac{1}{\sqrt{5}} + j\dfrac{2}{\sqrt{5}}$ |
| 0011 | $j\dfrac{3}{\sqrt{5}}$ |
| 0100 | $\sqrt{\dfrac{1}{5}}$ |
| 0101 | $\dfrac{2}{\sqrt{5}} - j\dfrac{1}{\sqrt{5}}$ |
| 0110 | $\dfrac{2}{\sqrt{5}} + j\dfrac{1}{\sqrt{5}}$ |
| 0111 | $\dfrac{3}{\sqrt{5}}$ |
| 1000 | $-\dfrac{1}{\sqrt{5}}$ |
| 1001 | $-\dfrac{2}{\sqrt{5}} + j\dfrac{1}{\sqrt{5}}$ |
| 1010 | $-\dfrac{2}{\sqrt{5}} - j\dfrac{1}{\sqrt{5}}$ |
| 1011 | $-\dfrac{3}{\sqrt{5}}$ |
| 1100 | $-j\dfrac{1}{\sqrt{5}}$ |
| 1101 | $\dfrac{1}{\sqrt{5}} - j\dfrac{2}{\sqrt{5}}$ |
| 1110 | $-\dfrac{1}{\sqrt{5}} - j\dfrac{2}{\sqrt{5}}$ |
| 1111 | $-j\dfrac{3}{\sqrt{5}}$ |

https://www.etsi.org/deliver/etsi_ts/125200_125299/125223/06.01.00_60/ts_125223v060100p.pdf



**Figure 2: Spreading of data symbols**

https://www.etsi.org/deliver/etsi_ts/125200_125299/125223/06.01.00_60/ts_125223v060100p.pdf

HSDPA user data is carried on the new shared transport channel, High Speed-DL Shared Channel (HS-DSCH), which in turn is carried by one or more High Speed-Physical DL Shared Channel (HS-PDSCH), each using a channelization code with SF=16. The number of HS-PDSCH can range from 1 to a maximum of 15. In R99 the physical channel carrying user data can be allocated a channelization code with SF ranging from 4 to 512. R99 and HSDPA will use channelization codes from the same code tree, see figure 2. Therefore all the DL channels within one cell are orthogonal at the point of transmission; at point of reception there will however be some interference, mainly due to multi-path fading.



https://www.3gpp.org/technologies/keywords-acronyms/99-hspa

### 5.2.1.1  Spreading for Downlink Physical Channels

Downlink physical channels shall use SF =16. Multiple parallel physical channels can be used to support higher data rates. These parallel physical channels shall be transmitted using different channelisation codes, see [8]. These codes with SF =16 are generated as described in [8].

Operation with a single code with spreading factor 1 is possible for the downlink physical channels.

### 5.2.1.2  Spreading for Uplink Physical Channels

The range of spreading factor that may be used for uplink physical channels shall range from 16 down to 1. For each physical channel an individual minimum spreading factor $SF_{min}$ is transmitted by means of the higher layers. There are two options that are indicated by UTRAN:

1. The UE shall use the spreading factor $SF_{min}$, independent of the current TFC.

2. The UE shall autonomously increase the spreading factor depending on the current TFC.

If the UE autonomously changes the SF, it shall always vary the channelisation code along the branch with the higher code numbering of the allowed OVSF sub tree, as depicted in [8].

For multicode transmission a UE shall use a maximum of two physical channels per timeslot simultaneously. These two parallel physical channels shall be transmitted using different channelisation codes, see [8].

https://www.etsi.org/deliver/etsi_ts/125200_125299/125221/06.06.00_60/ts_125221v060600p.pdf

The physical layer offers data transport services to higher layers. The access to these services is through the use of transport channels via the MAC sub-layer. The characteristics of a transport channel are defined by its transport format (or format set), specifying the physical layer processing to be applied to the transport channel in question, such as convolutional channel coding and interleaving, and any service-specific rate matching as needed.

The physical layer operates exactly according to the L1 radio frame timing. A transport block is defined as the data accepted by the physical layer to be jointly CRC protected. The transmission block timing is then tied exactly to the TTI timing, e.g. every transmission block is generated precisely every TTI.

A UE can set up multiple transport channels simultaneously, each having own transport characteristics (e.g. offering different error correction capability). Each transport channel can be used for information stream transfer of one radio bearer or for layer 2 and higher layer signalling messages.

The multiplexing of transport channels onto the same or different physical channels is carried out by L1. Except for HS-DSCH and E-DCH the Transport Format Combination Indication field (TFCI) shall uniquely identify the transport format used by each transport channel of the Coded Composite Transport Channel within the current radio frame.

In case of HS-DSCH the identification of the transport format and channelisation codes is realised with the Transport Format and Resource Indication field (TFRI) on an associated shared control channel.

In case of E-DCH the identification of the transport format is realised with the E-DCH Transport Format Combination Indication field (E-TFCI) on a associated dedicated control channel.

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf



**Figure 1: Downlink transmitter structure to support Transmit Diversity
for PDSCH, DPCH, HS-SCCH, and HS-PDSCH transmission (UTRAN Access Point)**

https://www.etsi.org/deliver/etsi_ts/125200_125299/125224/06.07.00_60/ts_125224v060700p.pdf



https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

| detecting the transmitted signals in a plurality of demodulated channels; | The accused product practices detecting the transmitted signals (e.g., the accused product receives transmitted data from NodeB) in a plurality of demodulated channels (e.g., data is transmitted through multiple physical sub-channels to the accused product). |
| --- | --- |

## 3G UMTS HSPA constituents

There are two main components to 3G UMTS HSPA, each addressing one of the links between the base station and the user equipment, i.e. one for the uplink, and one for the downlink.



Uplink and downlink directions

The two technologies were released at different times through 3GPP. They also have different properties resulting from the different modes of operation that are required. In view of these facts they were often treated as almost separate entities. Now they are generally rolled out together. The two technologies are summarised below:

https://www.electronics-notes.com/articles/connectivity/3g-hspa/what-is-hspa-high-speed-packet-access-tutorial.php

HSDPA user data is carried on the new shared transport channel, High Speed-DL Shared Channel (HS-DSCH), which in turn is carried by one or more High Speed-Physical DL Shared Channel (HS-PDSCH), each using a channelization code with SF=16. The number of HS-PDSCH can range from 1 to a maximum of 15. In R99 the physical channel carrying user data can be allocated a channelization code with SF ranging from 4 to 512. R99 and HSDPA will use channelization codes from the same code tree, see figure 2. Therefore all the DL channels within one cell are orthogonal at the point of transmission; at point of reception there will however be some interference, mainly due to multi-path fading.



https://www.3gpp.org/technologies/keywords-acronyms/99-hspa

The physical layer offers data transport services to higher layers. The access to these services is through the use of transport channels via the MAC sub-layer. The characteristics of a transport channel are defined by its transport format (or format set), specifying the physical layer processing to be applied to the transport channel in question, such as convolutional channel coding and interleaving, and any service-specific rate matching as needed.

The physical layer operates exactly according to the L1 radio frame timing. A transport block is defined as the data accepted by the physical layer to be jointly CRC protected. The transmission block timing is then tied exactly to the TTI timing, e.g. every transmission block is generated precisely every TTI.

A UE can set up multiple transport channels simultaneously, each having own transport characteristics (e.g. offering different error correction capability). Each transport channel can be used for information stream transfer of one radio bearer or for layer 2 and higher layer signalling messages.

The multiplexing of transport channels onto the same or different physical channels is carried out by L1. Except for HS-DSCH and E-DCH the Transport Format Combination Indication field (TFCI) shall uniquely identify the transport format used by each transport channel of the Coded Composite Transport Channel within the current radio frame.

In case of HS-DSCH the identification of the transport format and channelisation codes is realised with the Transport Format and Resource Indication field (TFRI) on an associated shared control channel.

In case of E-DCH the identification of the transport format is realised with the E-DCH Transport Format Combination Indication field (E-TFCI) on a associated dedicated control channel.

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

## 5.2    Overview of L1 functions

The physical layer performs the following main functions:

- FEC encoding/decoding of transport channels;

- measurements and indication to higher layers (e.g. FER, SIR, interference power, transmission power, etc…);

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

|  |  |
|---|---|
|  | - macrodiversity distribution/combining and soft handover execution; |
|  | - error detection on transport channels; |
|  | - multiplexing of transport channels and demultiplexing of coded composite transport channels; |
|  | - rate matching; |
|  | - mapping of coded composite transport channels on physical channels; |
|  | - modulation and spreading/demodulation and despreading of physical channels; |
|  | - frequency and time (chip, bit, slot, frame) synchronisation; |
|  | - closed-loop power control; |
|  | - power weighting and combining of physical channels; |
|  | - RF processing; |
|  | - support of Uplink Synchronisation as defined in [5] (TDD only); |
|  | - timing advance on uplink channels (TDD only). |
|  | https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf |



https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

| FEC decoding and de-interleaving the plurality of demodulated channels, providing a multiplicity of decoded channels, each having an error rate; | The accused product practices FEC decoding and de-interleaving the plurality of demodulated channels (e.g., data is transmitted at different physical sub-channels to the accused product), providing a multiplicity of decoded channels, each having an error rate (e.g., BLER). |
|---|---|
| | HSPA data is received through multiple physical sub-channels. At the receiving side, the data from multiple sub-channels is decoded and de-interleaved, and converted into multiple decoded channels. Also, due to fading and noises in the wireless channel, each decoded channel has an error rate. The error rate is estimated as block error rate (e.g., BLER) by evaluating CRC on data block to determine the channel quality of the wireless channel. |
| | The physical layer offers data transport services to higher layers. The access to these services is through the use of transport channels via the MAC sub-layer. The characteristics of a transport channel are defined by its transport format (or format set), specifying the physical layer processing to be applied to the transport channel in question, such as convolutional channel coding and interleaving, and any service-specific rate matching as needed. |
| | The physical layer operates exactly according to the L1 radio frame timing. A transport block is defined as the data accepted by the physical layer to be jointly CRC protected. The transmission block timing is then tied exactly to the TTI timing, e.g. every transmission block is generated precisely every TTI. |
| | A UE can set up multiple transport channels simultaneously, each having own transport characteristics (e.g. offering different error correction capability). Each transport channel can be used for information stream transfer of one radio bearer or for layer 2 and higher layer signalling messages. |
| | The multiplexing of transport channels onto the same or different physical channels is carried out by L1. Except for HS-DSCH and E-DCH the Transport Format Combination Indication field (TFCI) shall uniquely identify the transport format used by each transport channel of the Coded Composite Transport Channel within the current radio frame. |
| | In case of HS-DSCH the identification of the transport format and channelisation codes is realised with the Transport Format and Resource Indication field (TFRI) on an associated shared control channel. |
| | In case of E-DCH the identification of the transport format is realised with the E-DCH Transport Format Combination Indication field (E-TFCI) on a associated dedicated control channel. |
| | https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf |

## 5.2    Overview of L1 functions

The physical layer performs the following main functions:

- FEC encoding/decoding of transport channels;

- measurements and indication to higher layers (e.g. FER, SIR, interference power, transmission power, etc…);

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

- macrodiversity distribution/combining and soft handover execution;

- error detection on transport channels;

- multiplexing of transport channels and demultiplexing of coded composite transport channels;

- rate matching;

- mapping of coded composite transport channels on physical channels;

- modulation and spreading/demodulation and despreading of physical channels;

- frequency and time (chip, bit, slot, frame) synchronisation;

- closed-loop power control;

- power weighting and combining of physical channels;

- RF processing;

- support of Uplink Synchronisation as defined in [5] (TDD only);

- timing advance on uplink channels (TDD only).

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

## 4.1   General

Data stream from/to MAC and higher layers (Transport block / Transport block set) is encoded/decoded to offer transport services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting (including rate matching), and interleaving and transport channels mapping onto/splitting from physical channels.

In the UTRA-TDD mode, the total number of basic physical channels (a certain time slot one spreading code on a certain carrier frequency) per frame is given by the maximum number of time slots and the maximum number of CDMA codes per time slot.

https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

This section only applies to the transport channels: DCH, RACH, DSCH, USCH, BCH, FACH and PCH. Other transport channels which do not use the general method are described separately below.

Figure 1 illustrates the overall concept of transport-channel coding and multiplexing. Data arrives to the coding/multiplexing unit in form of transport block sets, once every transmission time interval. The transmission time interval is transport-channel specific from the set {5 ms[(*1)], 10 ms, 20 ms, 40 ms, 80 ms} .

Note: [(*1)]  may be applied for PRACH for 1.28 Mcps TDD

The following coding/multiplexing steps can be identified:

- add CRC to each transport block (see subclause 4.2.1);

- TrBk concatenation / Code block segmentation (see subclause 4.2.2);

- channel coding (see subclause 4.2.3) ;

- radio frame size equalization (see subclause 4.2.4);

- interleaving (two steps, see subclauses 4.2.5 and 4.2.11 );

- radio frame segmentation (see subclause 4.2.6);

- rate matching (see subclause 4.2.7);

- multiplexing of transport channels (see subclause 4.2.8);

- bit scrambling (see subclause 4.2.9);

- physical channel segmentation (see subclause 4.2.10);

- sub-frame segmentation(see subclause 4.2.11A only for 1.28Mcps TDD)

- mapping to physical channels (see subclause 4.2.12).

https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf



https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

## 4.11.2    HS-DSCH Channel Quality Indication Procedure

The channel quality indicator (CQI) provides the NodeB with an estimate of the code rate that would have maximised the single-transmission throughput of the previous HS-DSCH transmission if decoded in isolation. The CQI report requires to be referenced to a given set of HS-PDSCH resources by the NodeB, but note that the UE is not restricted to making measurements only on these reference resources when deriving a given CQI. The reference resources for a CQI report shall be a set of HS-PDSCH resources that were received by the UE in a single TTI, and contain a complete transport block. These resources will be known to the NodeB from the relative timings of the HS-SICH carrying the CQI and previous HS-DSCH transmissions to the UE.

The CQI consists of two fields; a Recommended Transport Block Size (RTBS) and a Recommended Modulation Format (RMF). The UE shall use the same mapping table for these fields as is being used for the time slot information and modulation scheme information fields respectively of the HS-SCCH [18].

https://www.etsi.org/deliver/etsi_ts/125200_125299/125224/06.07.00_60/ts_125224v060700p.pdf

The reporting procedure is as follows:

1. The UE receives a message on an HS-SCCH telling it which resources have been allocated to it for the next associated HS-DSCH transmission.

2. The UE reads the associated HS-DSCH transmission, and makes the necessary measurements to derive a CQI that it estimates would have given it the highest single-transmission throughput for the allocated resources whilst achieving a BLER of no more than 10 %.

   BLER, in this context, is defined as the probability that a transport block transmitted using the RTBS and RMF is received in error if decoded in isolation. For the purposes of this calculation, it shall be assumed that the transport block that would be transmitted with these parameters would use redundancy version parameters $s = 1$ and $r = 0$. Note that, by this definition, a UE shall never report a CQI that corresponds to a code rate greater than unity.

   Using this definition of BLER, single-transmission throughput shall be defined as follows :

   $$\text{single-transmission throughput} = (1 - \text{BLER}) \times \text{RTBS}$$

3. The CQI report derived from a given HS-DSCH transmission shall be reported to the NodeB in the next HS-SICH available to the UE following that HS-DSCH transmission, unless that HS-SICH immediately follows the last allocated HS-DSCH timeslot, in which case the subsequent available HS-SICH shall be used by the UE.

https://www.etsi.org/deliver/etsi_ts/125200_125299/125224/06.07.00_60/ts_125224v060700p.pdf

| | ### 5.1.8     Transport channel BLER |
|---|---|
| | <table><tr><td>**Definition**</td><td>Estimation of the transport channel block error rate (BLER). The BLER estimation shall be based on evaluating the CRC on each transport block.</td></tr><tr><td>**Applicable for**</td><td>CELL_DCH intra</td></tr></table> <br> https://www.etsi.org/deliver/etsi_ts/125200_125299/125225/06.03.00_60/ts_125225v060300p.pdf |
| using command processor circuitry responsive to the error rate of the decoded channels to generate a data-rate control signal to produce a desired data rate to be sent by the data symbol transmitter of the signals, | The accused product practices using command processor circuitry (e.g., the accused product comprises a command processor i.e., the processor of the accused product) responsive to the error rate (e.g., BLER, also referred to as Block Error Rate) of the decoded channels to generate a data-rate control signal (e.g., CQI report) to produce a desired data rate to be sent by the data symbol transmitter (e.g., NodeB) of the signals. <br><br> A user equipment determines BLER of the wireless channel and also derives channel quality indicator (e.g., CQI) to provide the NodeB with an estimate of the code rate and modulation that would have maximized the single-transmission throughput (e.g., desired data-rate). The single-transmission throughput (e.g., desired data-rate) is calculated with the help of the determined BLER.The user equipment derives CQI report on basis of BLER to get maximized single-transmission throughput. |

• Scheduling, select which UE(s) is/are to use the radio resources at each Transmission Time Interval (TTI), where one TTI is 2 ms.

• Link adaptation, setting of channel coding rate and modulation (QPSK or 16QAM), in order to utilize the resources effectively

Decisions are based on Channel Quality Information (CQI) provided by the UE, UE category, as well as the type of services. Exactly one Transport Block (TB) is delivered in each TTI, see figure 1.



Figure 1. HSDPA scheduling and link adaptation are performed in NodeB

https://www.3gpp.org/technologies/keywords-acronyms/99-hspa

## 4.11.2   HS-DSCH Channel Quality Indication Procedure

The channel quality indicator (CQI) provides the NodeB with an estimate of the code rate that would have maximised the single-transmission throughput of the previous HS-DSCH transmission if decoded in isolation. The CQI report requires to be referenced to a given set of HS-PDSCH resources by the NodeB, but note that the UE is not restricted to making measurements only on these reference resources when deriving a given CQI. The reference resources for a CQI report shall be a set of HS-PDSCH resources that were received by the UE in a single TTI, and contain a complete transport block. These resources will be known to the NodeB from the relative timings of the HS-SICH carrying the CQI and previous HS-DSCH transmissions to the UE.

The CQI consists of two fields; a Recommended Transport Block Size (RTBS) and a Recommended Modulation Format (RMF). The UE shall use the same mapping table for these fields as is being used for the time slot information and modulation scheme information fields respectively of the HS-SCCH [18].

https://www.etsi.org/deliver/etsi_ts/125200_125299/125224/06.07.00_60/ts_125224v060700p.pdf

The reporting procedure is as follows:

1. The UE receives a message on an HS-SCCH telling it which resources have been allocated to it for the next associated HS-DSCH transmission.

2. The UE reads the associated HS-DSCH transmission, and makes the necessary measurements to derive a CQI that it estimates would have given it the highest single-transmission throughput for the allocated resources whilst achieving a BLER of no more than 10 %.

   BLER, in this context, is defined as the probability that a transport block transmitted using the RTBS and RMF is received in error if decoded in isolation. For the purposes of this calculation, it shall be assumed that the transport block that would be transmitted with these parameters would use redundancy version parameters s = 1 and r = 0. Note that, by this definition, a UE shall never report a CQI that corresponds to a code rate greater than unity.

   Using this definition of BLER, single-transmission throughput shall be defined as follows :

   $$\text{single-transmission throughput} = (1 - BLER) \times RTBS$$

3. The CQI report derived from a given HS-DSCH transmission shall be reported to the NodeB in the next HS-SICH available to the UE following that HS-DSCH transmission, unless that HS-SICH immediately follows the last allocated HS-DSCH timeslot, in which case the subsequent available HS-SICH shall be used by the UE.

https://www.etsi.org/deliver/etsi_ts/125200_125299/125224/06.07.00_60/ts_125224v060700p.pdf

## 9.2.12    Transport channel BLER

This measure is mandatory for UE.

| Measurement | Transport channel BLER (BLock Error Rate) |
|---|---|
| Source | L1(UE) |
| Destination | RRC (RNC,UE) |
| Reporting Trigger | Periodic, on demand |
| Description | Estimation of the transport channel block error rate (BLER). |

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

### 5.1.8    Transport channel BLER

| Definition | Estimation of the transport channel block error rate (BLER). The BLER estimation shall be based on evaluating the CRC on each transport block. |
|---|---|
| Applicable for | CELL_DCH intra |

https://www.etsi.org/deliver/etsi_ts/125200_125299/125225/06.03.00_60/ts_125225v060300p.pdf

### 9.1.3    Reporting of Channel Quality Indicator

The reporting accuracy of channel quality indicator (CQI) under AWGN environments is determined by the reporting variance and BLER performance using the transport format indicated by the reported median CQI.

https://www.etsi.org/deliver/etsi_ts/125100_125199/125102/06.13.00_60/ts_125102v061300p.pdf

### 9.1.3.1    Minimum requirement Channel Quality Indicator, 7,3 Mbps - Category 8 - UE

For the parameters specified in Table 9.7A the reported CQI value shall be within the range of +/- 10 of the allowable CQIs of the reported median CQI more than 90% of the time. The BLER for the reported median CQI shall be less than 10%.

https://www.etsi.org/deliver/etsi_ts/125100_125199/125102/06.13.00_60/ts_125102v061300p.pdf

| | |
|---|---|
| transmitting the error rate dependent data-rate control signal back to the data symbol transmitter; and | The accused product practices transmitting the error rate dependent data-rate control signal (e.g., CQI report) back to the data symbol transmitter (e.g., NodeB).

A user equipment sends CQI report to NodeB to provide an estimate of code rate and modulation to control data-rate. |

Decisions are based on Channel Quality Information (CQI) provided by the UE, UE category, as well as the type of services. Exactly one Transport Block (TB) is delivered in each TTI, see figure 1.



Figure 1. HSDPA scheduling and link adaptation are performed in NodeB

https://www.3gpp.org/technologies/keywords-acronyms/99-hspa

## 4.11.2   HS-DSCH Channel Quality Indication Procedure

The channel quality indicator (CQI) provides the NodeB with an estimate of the code rate that would have maximised the single-transmission throughput of the previous HS-DSCH transmission if decoded in isolation. The CQI report requires to be referenced to a given set of HS-PDSCH resources by the NodeB, but note that the UE is not restricted to making measurements only on these reference resources when deriving a given CQI. The reference resources for a CQI report shall be a set of HS-PDSCH resources that were received by the UE in a single TTI, and contain a complete transport block. These resources will be known to the NodeB from the relative timings of the HS-SICH carrying the CQI and previous HS-DSCH transmissions to the UE.

The CQI consists of two fields; a Recommended Transport Block Size (RTBS) and a Recommended Modulation Format (RMF). The UE shall use the same mapping table for these fields as is being used for the time slot information and modulation scheme information fields respectively of the HS-SCCH [18].

https://www.etsi.org/deliver/etsi_ts/125200_125299/125224/06.07.00_60/ts_125224v060700p.pdf

The reporting procedure is as follows:

1. The UE receives a message on an HS-SCCH telling it which resources have been allocated to it for the next associated HS-DSCH transmission.

2. The UE reads the associated HS-DSCH transmission, and makes the necessary measurements to derive a CQI that it estimates would have given it the highest single-transmission throughput for the allocated resources whilst achieving a BLER of no more than 10 %.

   BLER, in this context, is defined as the probability that a transport block transmitted using the RTBS and RMF is received in error if decoded in isolation. For the purposes of this calculation, it shall be assumed that the transport block that would be transmitted with these parameters would use redundancy version parameters s = 1 and r = 0. Note that, by this definition, a UE shall never report a CQI that corresponds to a code rate greater than unity.

   Using this definition of BLER, single-transmission throughput shall be defined as follows :

$$\text{single-transmission throughput} = (1 - \text{BLER}) \times \text{RTBS}$$

3. The CQI report derived from a given HS-DSCH transmission shall be reported to the NodeB in the next HS-SICH available to the UE following that HS-DSCH transmission, unless that HS-SICH immediately follows the last allocated HS-DSCH timeslot, in which case the subsequent available HS-SICH shall be used by the UE.

https://www.etsi.org/deliver/etsi_ts/125200_125299/125224/06.07.00_60/ts_125224v060700p.pdf

### 4.11.1    Link Adaptation Procedure

For HS-DSCH, the modulation scheme and effective code rate shall be selected by higher layers located within the NodeB. This shall be achieved by appropriate selection of an HS-DSCH transport block size, modulation format and resources by higher layers. Selection of these parameters may be based on CQI reports from the UE.

The overall HS-DSCH link adaptation procedure consists of *two parts:*

*Node B procedure:*

1)  The NodeB shall transmit HS-SCCH carrying a UE identity identifying the UE for which HS-DSCH TTI allocation has been given. In the case of HS-DSCH transmissions in consecutive TTIs to the same UE, the same HS-SCCH shall be used for associated signalling.

2)  The NodeB transmits HS-DSCH to the UE using the resources indicated in the HS-SCCH.

3)  Upon receiving the HS-SICH from the respective UE, the status report (ACK/NACK and CQI) shall be passed to higher layers.

https://www.etsi.org/deliver/etsi_ts/125200_125299/125224/06.07.00_60/ts_125224v060700p.pdf



DCH model with HS-DSCH support

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

### 9.1.3 Reporting of Channel Quality Indicator

The reporting accuracy of channel quality indicator (CQI) under AWGN environments is determined by the reporting variance and BLER performance using the transport format indicated by the reported median CQI.

https://www.etsi.org/deliver/etsi_ts/125100_125199/125102/06.13.00_60/ts_125102v061300p.pdf

| | |
|---|---|
| | **9.1.3.1      Minimum requirement Channel Quality Indicator, 7,3 Mbps - Category 8 - UE**<br><br>For the parameters specified in Table 9.7A the reported CQI value shall be within the range of +/- 10 of the allowable CQIs of the reported median CQI more than 90% of the time. The BLER for the reported median CQI shall be less than 10%.<br><br>https://www.etsi.org/deliver/etsi_ts/125100_125199/125102/06.13.00_60/ts_125102v061300p.pdf |
| multiplexing the multiplicity of decoded channels into a single stream of received data. | The accused product practices multiplexing the multiplicity of decoded channels (e.g., data received through multiple physical sub-channels is decoded into multiple decoded channels) into a single stream of received data (e.g., decoded channel data is multiplexed into a single stream data). |



https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

This section only applies to the transport channels: DCH, RACH, DSCH, USCH, BCH, FACH and PCH. Other transport channels which do not use the general method are described separately below.

Figure 1 illustrates the overall concept of transport-channel coding and multiplexing. Data arrives to the coding/multiplexing unit in form of transport block sets, once every transmission time interval. The transmission time interval is transport-channel specific from the set {5 ms[*1], 10 ms, 20 ms, 40 ms, 80 ms}.

Note: [*1]   may be applied for PRACH for 1.28 Mcps TDD

The following coding/multiplexing steps can be identified:

- add CRC to each transport block (see subclause 4.2.1);

- TrBk concatenation / Code block segmentation (see subclause 4.2.2);

- channel coding (see subclause 4.2.3) ;

- radio frame size equalization (see subclause 4.2.4);

- interleaving (two steps, see subclauses 4.2.5 and 4.2.11 );

- radio frame segmentation (see subclause 4.2.6);

- rate matching (see subclause 4.2.7);

- multiplexing of transport channels (see subclause 4.2.8);

- bit scrambling (see subclause 4.2.9);

- physical channel segmentation (see subclause 4.2.10);

- sub-frame segmentation(see subclause 4.2.11A only for 1.28Mcps TDD

- mapping to physical channels (see subclause 4.2.12).


https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

| | |
|---|---|
| | The physical layer offers data transport services to higher layers. The access to these services is through the use of transport channels via the MAC sub-layer. The characteristics of a transport channel are defined by its transport format (or format set), specifying the physical layer processing to be applied to the transport channel in question, such as convolutional channel coding and interleaving, and any service-specific rate matching as needed.<br><br>The physical layer operates exactly according to the L1 radio frame timing. A transport block is defined as the data accepted by the physical layer to be jointly CRC protected. The transmission block timing is then tied exactly to the TTI timing, e.g. every transmission block is generated precisely every TTI.<br><br>A UE can set up multiple transport channels simultaneously, each having own transport characteristics (e.g. offering different error correction capability). Each transport channel can be used for information stream transfer of one radio bearer or for layer 2 and higher layer signalling messages.<br><br>The multiplexing of transport channels onto the same or different physical channels is carried out by L1. Except for HS-DSCH and E-DCH the Transport Format Combination Indication field (TFCI) shall uniquely identify the transport format used by each transport channel of the Coded Composite Transport Channel within the current radio frame.<br><br>In case of HS-DSCH the identification of the transport format and channelisation codes is realised with the Transport Format and Resource Indication field (TFRI) on an associated shared control channel.<br><br>In case of E-DCH the identification of the transport format is realised with the E-DCH Transport Format Combination Indication field (E-TFCI) on a associated dedicated control channel.<br><br>https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf |
| 14. The method of claim 13 wherein the decoding step includes decoding FEC codes of different rates. | The accused product decodes FEC codes (e.g., channel codes such as convolution codes, turbo codes) of different rates. |

The physical layer offers data transport services to higher layers. The access to these services is through the use of transport channels via the MAC sub-layer. The characteristics of a transport channel are defined by its transport format (or format set), specifying the physical layer processing to be applied to the transport channel in question, such as convolutional channel coding and interleaving, and any service-specific rate matching as needed.

The physical layer operates exactly according to the L1 radio frame timing. A transport block is defined as the data accepted by the physical layer to be jointly CRC protected. The transmission block timing is then tied exactly to the TTI timing, e.g. every transmission block is generated precisely every TTI.

A UE can set up multiple transport channels simultaneously, each having own transport characteristics (e.g. offering different error correction capability). Each transport channel can be used for information stream transfer of one radio bearer or for layer 2 and higher layer signalling messages.

The multiplexing of transport channels onto the same or different physical channels is carried out by L1. Except for HS-DSCH and E-DCH the Transport Format Combination Indication field (TFCI) shall uniquely identify the transport format used by each transport channel of the Coded Composite Transport Channel within the current radio frame.

In case of HS-DSCH the identification of the transport format and channelisation codes is realised with the Transport Format and Resource Indication field (TFRI) on an associated shared control channel.

In case of E-DCH the identification of the transport format is realised with the E-DCH Transport Format Combination Indication field (E-TFCI) on a associated dedicated control channel.

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

## 5.2    Overview of L1 functions

The physical layer performs the following main functions:

- FEC encoding/decoding of transport channels;

- measurements and indication to higher layers (e.g. FER, SIR, interference power, transmission power, etc…);

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

- macrodiversity distribution/combining and soft handover execution;

- error detection on transport channels;

- multiplexing of transport channels and demultiplexing of coded composite transport channels;

- rate matching;

- mapping of coded composite transport channels on physical channels;

- modulation and spreading/demodulation and despreading of physical channels;

- frequency and time (chip, bit, slot, frame) synchronisation;

- closed-loop power control;

- power weighting and combining of physical channels;

- RF processing;

- support of Uplink Synchronisation as defined in [5] (TDD only);

- timing advance on uplink channels (TDD only).

https://www.etsi.org/deliver/etsi_ts/125300_125399/125302/06.08.00_60/ts_125302v060800p.pdf

## 4.1     General

Data stream from/to MAC and higher layers (Transport block / Transport block set) is encoded/decoded to offer transport services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting (including rate matching), and interleaving and transport channels mapping onto/splitting from physical channels.

In the UTRA-TDD mode, the total number of basic physical channels (a certain time slot one spreading code on a certain carrier frequency) per frame is given by the maximum number of time slots and the maximum number of CDMA codes per time slot.

https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

This section only applies to the transport channels: DCH, RACH, DSCH, USCH, BCH, FACH and PCH. Other transport channels which do not use the general method are described separately below.

Figure 1 illustrates the overall concept of transport-channel coding and multiplexing. Data arrives to the coding/multiplexing unit in form of transport block sets, once every transmission time interval. The transmission time interval is transport-channel specific from the set {5 ms$^{(*1)}$, 10 ms, 20 ms, 40 ms, 80 ms}.

Note: $^{(*1)}$   may be applied for PRACH for 1.28 Mcps TDD

The following coding/multiplexing steps can be identified:

- add CRC to each transport block (see subclause 4.2.1);

- TrBk concatenation / Code block segmentation (see subclause 4.2.2);

- channel coding (see subclause 4.2.3) ;

- radio frame size equalization (see subclause 4.2.4);

- interleaving (two steps, see subclauses 4.2.5 and 4.2.11 );

- radio frame segmentation (see subclause 4.2.6);

- rate matching (see subclause 4.2.7);

- multiplexing of transport channels (see subclause 4.2.8);

- bit scrambling (see subclause 4.2.9);

- physical channel segmentation (see subclause 4.2.10);

- sub-frame segmentation(see subclause 4.2.11A only for 1.28Mcps TDD)

- mapping to physical channels (see subclause 4.2.12).

https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

### 4.2.3   Channel coding

Code blocks are delivered to the channel coding block. They are denoted by $o_{ir1}, o_{ir2}, o_{ir3}, \ldots, o_{irK_i}$, where $i$ is the TrCH number, $r$ is the code block number, and $K_i$ is the number of bits in each code block. The number of code blocks on TrCH $i$ is denoted by $C_i$. After encoding the bits are denoted by $y_{ir1}, y_{ir2}, y_{ir3}, \ldots, y_{irY_i}$, where $Y_i$ is the number of encoded bits. The relation between $o_{irk}$ and $y_{irk}$ and between $K_i$ and $Y_i$ is dependent on the channel coding scheme.

The following channel coding schemes can be applied to transport channels:

- convolutional coding;

- turbo coding;

- no coding.

Usage of coding scheme and coding rate for the different types of TrCH is shown in tables 1 and 1A. The values of $Y_i$ in connection with each coding scheme:

- convolutional coding with rate 1/2: $Y_i = 2*K_i + 16$; rate 1/3: $Y_i = 3*K_i + 24$;

- turbo coding with rate 1/3: $Y_i = 3*K_i + 12$;

- no coding: $Y_i = K_i$.

**Table 1: Usage of channel coding scheme and coding rate for 3.84Mcps TDD**

| Type of TrCH | Coding scheme | Coding rate |
|---|---|---|
| BCH | Convolutional coding | 1/2 |
| PCH | | |
| RACH | | |
| DCH, DSCH, FACH, USCH | | 1/3, 1/2 |
| | Turbo coding | 1/3 |
| | No coding | |

https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf

**Table 1A: Usage of channel coding scheme and coding rate for 1.28Mcps TDD**

| Type of TrCH | Coding scheme | | Coding rate | |
|---|---|---|---|---|
| BCH | Convolutional coding | | 1/3 | |
| PCH | | | 1/3, 1/2 | |
| RACH | | | 1/2 | |
| DCH, DSCH, FACH, USCH | | | 1/3, 1/2 | |
| | Turbo coding | | 1/3 | |
| | No coding | | | |

https://www.etsi.org/deliver/etsi_ts/125200_125299/125222/06.03.00_60/ts_125222v060300p.pdf